UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| GARY TIPTON, *Plaintiff*, v. ANNETTE CHAMBERS-SMITH, *ET AL*. *Defendants*. | Case No. 1:22-cv-02255-JPC-JDG Judge J. Philip Calabrese Magistrate Judge Jonathan D. Greenberg |
|---|---|
| **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF GARY TIPTON** | |

The undersigned counsel for Plaintiff Gary Tipton respectfully move for leave to withdraw under L.R. 83.9 and Rule 1.16 of the Ohio Rules of Professional Conduct.

The Court appointed Jessica Savoie to represent Plaintiff on April 26, 2023. After Ms. Savoie's departure from the firm, her colleagues Ashlie Case Sletvold and Heaven Jaafar substituted as counsel on August 31, 2023.

Under Local Rule 83.9, the undersigned provided written notice to Plaintiff before seeking leave to withdraw and Plaintiff has consented to counsel's withdrawal. Under Ohio Prof. Cond. Rule 1.16(b)(7), counsel may withdraw from the representation of a client when the client gives informed consent to termination of the representation. Ms. Sletvold and Ms. Jaafar therefore respectfully request leave to withdraw as counsel for Plaintiff.

Finally, Plaintiff has indicated that he wishes to represent himself *pro se* in this matter. All of the records collected as part of counsel's investigation have been mailed to Plaintiff. The current deadline for Plaintiff to file an amended complaint is

October 13, 2023. This Court may wish to consider extending Plaintiff's deadline in light of this motion.

Dated: October 9, 2023 Respectfully submitted,

*/s/ Ashlie Case Sletvold*
Ashlie Case Sletvold (79477)
Heaven Jaafar (101837)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
216-589-9280
asletvold@peifferwolf.com
hjaafar@peifferwolf.com